DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
JACOB J. GRAHAM, ESQ. No. 340295
  Email: jgraham@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF EL DORADO and JEFF LEIKAUF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF THOMAS SIGNOR, et al. ) | Case No.: 2:24-cv-01047-JAM-SCR |
| ) | |
| Plaintiffs, ) | **STIPULATION AND ORDER TO STAY** |
| ) | **CASE FOR 90 DAYS (ECF No. 9)** |
| vs. ) | |
| ) | |
| CITY OF PLACERVILLE, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

///

///

///

///

1      There is an ongoing criminal investigation into the shooting that underlies the basis for this
2  action. Accordingly, the parties hereby stipulate to a stay of the case for ninety days at which point
3  it is anticipated that the criminal process will be complete, records of the incident will be available
4  for release, and the parties can evaluate further handling of this action. The parties stipulate that
5  all pending deadlines in this action are hereby stayed and hearings on filed motions will be vacated.
6  The parties will file a joint status report at the conclusion of the stay and will re-notice hearing
7  dates for any pending motions at that time should it be necessary.[1]

8  **SO STIPULATED**.

10  Dated: August 6, 2024               ANGELO, KILDAY & KILDUFF, LLP

                                                              */s/ Derick E. Konz*
By:_____
    DERICK E. KONZ
    JACOB J. GRAHAM
    Attorneys for Defendants COUNTY OF
    EL DORADO and JEFF LEIKAUF

16  Dated: August 6, 2024               TIEMANN LAW FIRM

                                                              */s/ Peter B. Tiemann* (auth. on 7/31/24)
By:_____
    PETER B. TIEMANN
    JELENA TIEMANN
    CARMEN D. OLMEDO
    Attorneys for Plaintiffs

---

[1] This action arises out of the same shooting incident as Case No. 2:24-cv-01935-JAM-JDP. An identical stipulation was filed in that action concurrent with this filing.

**ORDER**

Good cause appearing and on stipulation of the parties, the Court hereby **STAYS** this action for 90 days (until October 30, 2024). All pending hearings and deadlines are **VACATED**. The parties will file a joint status report within fourteen (14) days of the end of the stay and will re-notice any pending motions should it be necessary.

**IT IS SO ORDERED.**

Dated: August 06, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE