DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
JACOB J. GRAHAM, ESQ. No. 340295
  Email: jgraham@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF EL DORADO and JEFF LEIKAUF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF THOMAS SIGNOR, et al. | Case No.: 2:24-cv-01047-JAM-SCR |
| Plaintiffs, | **STIPULATION AND ORDER TO STAY CASE AN ADDITIONAL 60 DAYS** |
| vs. | |
| CITY OF PLACERVILLE, et al. | |
| Defendants. | |

///

///

///

///

On August 6, 2024, good cause appearing and on stipulation of the parties, the Court stayed this action for ninety (90) days (until October 30, 2024) due to an ongoing criminal investigation into the shooting that underlies the basis for the action. ECF No. 16.

The criminal investigation is still open, pending forensic reports from the California Department of Justice (DOJ) and a charging decision by the El Dorado County District Attorney's Office.  DOJ has advised that the reports are in their chain of command for final approval.

Accordingly, the parties hereby stipulate to and request an additional stay of this action for sixty (60) days (until December 30, 2024). The parties will file a joint status report at the conclusion of the stay and will re-notice hearing dates for any pending motions at that time should it be necessary.

**SO STIPULATED**.

Dated:  October 30, 2024                                    ANGELO, KILDAY & KILDUFF, LLP

                                                                                    */s/ Derick E. Konz*
                                                                            By:_____
                                                                                    DERICK E. KONZ
                                                                                    JACOB J. GRAHAM
                                                                                    Attorneys for Defendants COUNTY OF
                                                                                    EL DORADO and JEFF LEIKAUF

Dated:  October 29, 2024                                    TIEMANN LAW FIRM

                                                                                    */s/ Andrew Ledezma*
                                                                            (as authorized on 10/29/2024)
                                                                            By:_____
                                                                                    PETER B. TIEMANN
                                                                                    JELENA TIEMANN
                                                                                    CARMEN D. OLMEDO
                                                                                    ANDREW LEDEZMA
                                                                                    Attorneys for Plaintiffs

**ORDER**

Good cause appearing and on stipulation of the parties, the Court hereby stays this action an additional sixty (60) days (until December 30, 2024). All pending hearings and deadlines are vacated. The parties will file a joint status report within fourteen days of the end of the stay and will re-notice any pending motions should it be necessary.

**SO ORDERED.**

Dated: October 30, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE