PETER B. TIEMANN (SBN 195875)
JELENA TIEMANN (SBN 232363)
**TIEMANN LAW FIRM**
A PROFESSIONAL LAW CORPORATION
1500 River Park Drive
Sacramento, CA 95815
Phone: (916) 999-9000
Fax: (916) 985-0500

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF THOMAS SIGNOR, et al. | Case No.: 2:24-cv-01047-JAM-SCR |
| Plaintiffs, | **STIPULATION AND ORDER TO STAY CASE AN ADDITIONAL 30 DAYS** |
| vs. | |
| CITY OF PLACERVILLE, et al. | |
| Defendants. | |

///

///

///

///

-1-
STIPULATION AND ORDER TO STAY CASE AN ADDITIONAL 30 DAYS

On August 6, 2024, good cause appearing and on stipulation of the parties, the Court stayed this action for ninety (90) days (until October 30, 2024) due to an ongoing criminal investigation into the shooting that underlies the basis for the action. ECF No. 16.

On October 31, 2024, the Court granted an additional stay for 60 days because the criminal investigation was still open, pending forensic reports from the California Department of Justice (DOJ) and a charging decision by the El Dorado County District Attorney's Office.  ECF No. 18.

On or about December 4, 2024, the El Dorado County Sheriff's Office received the completed DOJ forensic reports.  Using those reports, the El Dorado County Sheriff's Office is concluding its investigation and forwarding it to the El Dorado County District Attorney's Office for review and a charging decision.  Until the District Attorney's Office issues a charging decision, the incident remains part of an ongoing criminal investigation.   Once the charging decision is issued, the El Dorado County Sheriff's Office will release the incident material to Defendants in this case who will then release such to Plaintiffs in this case and, after review, the parties intend to meet and confer on how to proceed.

Accordingly, the parties hereby stipulate to and request an additional stay of this action for thirty (30) days (until February 12, 2025). The parties will file a joint status report at the conclusion of the stay and will re-notice hearing dates for any pending motions at that time should it be necessary.

**SO STIPULATED**.

Dated:  January 16, 2025                                ANGELO, KILDAY & KILDUFF, LLP

                                                                       */s/ Derick E. Konz*
                                                                    *(as authorized on 01/16/2025)*
                                                                    By:_____
                                                                        DERICK E. KONZ
                                                                        JACOB J. GRAHAM
                                                                        Attorneys for Defendants COUNTY OF
                                                                        EL DORADO and JEFF LEIKAUF

Dated:  January 16, 2025                TIEMANN LAW FIRM

                                        */s/ Peter B. Tiemann*
                                    By:_____
                                        PETER B. TIEMANN
                                        JELENA TIEMANN
                                        CARMEN D. OLMEDO
                                        ANDREW LEDEZMA
                                        Attorneys for Plaintiffs

**ORDER**

Good cause appearing and on stipulation of the parties, the Court hereby **STAYS** this action an additional thirty (30) days (until February 12, 2025). All pending hearings and deadlines are **VACATED**. The parties will file a joint status report within fourteen (14) days of the end of the stay and will re-notice any pending motions should it be necessary.

**SO ORDERED.**

Dated: January 22, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE