DERICK E. KONZ, ESQ., SB No. 286902
  Email: dkonz@akk-law.com
JACOB J. GRAHAM, ESQ. No. 340295
  Email: jgraham@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF EL DORADO and JEFF LEIKAUF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF THOMAS SIGNOR, et al. | Case No.: 2:24-cv-01047-JAM-SCR |
| Plaintiffs, | **STIPULATION AND ORDER TO STAY CASE AN ADDITIONAL 90 DAYS** |
| vs. | |
| COUNTY OF EL DORADO and JEFF LEIKAUF, | |
| Defendants. | |

///

///

///

///

On August 6, 2024, good cause appearing and on stipulation of the parties, the Court stayed this action for ninety (90) days (until October 30, 2024) due to an ongoing criminal investigation into the shooting that underlies the basis for the action. ECF No. 16.

On October 31, 2024, the Court granted an additional stay for 60 days because the criminal investigation was still open, pending forensic reports from the California Department of Justice (DOJ) and a charging decision by the El Dorado County District Attorney's Office.  ECF No. 18.

On or about December 4, 2024, the El Dorado County Sheriff's Office received the completed DOJ forensic reports.  Using those reports, the El Dorado County Sheriff's Office is concluding its investigation and forwarding it to the El Dorado County District Attorney's Office for review and a charging decision.  Until the District Attorney's Office issues a charging decision, the incident remains part of an ongoing criminal investigation.   Once the charging decision is issued, the El Dorado County Sheriff's Office will release the incident material to Defendants in this case who will then release such to Plaintiffs in this case and, after review, the parties intend to meet and confer on how to proceed.  On January 22, 2025, the Court granted an additional stay for 60 days that ended on February 12, 2025.  ECF No. 21.

As of today, the El Dorado County Sheriff's Office's investigation is in the final approval stage and is expected to be turned over the District Attorney's Office in the next 3-4 weeks.  The County will transmit the incident material to Defendant's counsel as soon as the investigation is concluded, who will then transmit such to Plaintiff's counsel.  Plaintiff's counsel will need additional time after the material is transmitted to review it, confer with their client, and make a decision on how/if they would like to proceed with this action.

Accordingly, the parties hereby stipulate to and request an additional stay of this action for ninety (90) days (until May 27, 2025). The parties will file a joint status report at the conclusion of the stay and will re-notice hearing dates for any pending motions at that time should it be necessary.

1 **SO STIPULATED**.

3   Dated: February 26, 2025                    ANGELO, KILDAY & KILDUFF, LLP

                                                */s/ Derick E. Konz*
                                                By:_____
                                                  DERICK E. KONZ
                                                  JACOB J. GRAHAM
                                                  Attorneys for Defendants COUNTY OF
                                                  EL DORADO and JEFF LEIKAUF

12  Dated: February 26, 2025                    TIEMANN LAW FIRM

                                                */s/ Peter B. Tiemann*
                                                By:_____
                                                  PETER B. TIEMANN
                                                  JELENA TIEMANN
                                                  CARMEN D. OLMEDO
                                                  ANDREW LEDEZMA
                                                  Attorneys for Plaintiffs

**ORDER**

Good cause appearing and on stipulation of the parties, the Court hereby **STAYS** this action an additional ninety (90) days (until May 27, 2025). All pending hearings and deadlines are **VACATED**. The parties will file a joint status report within fourteen days of the end of the stay and will re-notice any pending motions should it be necessary.

**IT IS SO ORDERED.**

Dated: February 27, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE